**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



### ORDER ON MOTION TO EXTEND SUBMISSION OF APPEAL

Appellate case name:      Rema Charles v. Dickinson Independent School District, A.C. Kantara, and Taylor Marine Construction of Texas, LLC

Appellate case number:    01-20-00215-CV

Trial court case number:   16-CV-0880

Trial court:              56th District Court of Galveston County

Appellant Rema Charles has filed a motion to extend submission of this appeal, which is currently set for October 12, 2021. Appellant requests a 30-day extension because she recently hired legal counsel who needs additional time to "redraft and prepare a proper brief[.]" Appellee Taylor Marine Construction of Texas, LLC, has filed a response to the motion. Ten days have passed without any other response. *See* TEX. R. APP. P. 10.3(a).

Appellant filed her notice of appeal in October 2019, and briefing concluded in September 2020. Appellant does not explain in her motion why she waited so long to hire legal counsel. Furthermore, as appellee argues, appellant has not sought leave to amend or supplement her briefs or explained why justice requires new briefing in this appeal. *See* TEX. R. APP. P. 38.7 (stating that party's brief on appeal "may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe"). Accordingly, the Court **denies** appellant's motion to extend submission of this appeal.

It is so ORDERED.


Judge's signature:  __/s/  April L. Farris_____
                    ☑ Acting individually    ☐ Acting for the Court


Date:  September 28, 2021